UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-20547-CMA

Carlos Brito,

    Plaintiff,

v.

Chopin LLC and The Fancy Goose Group
LLC d/b/a La Fresa Francesa,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants, Chopin, LLC and The Fancy Goose Group LLC d/b/a La Fresa Francesa (collectively, "**Defendants**"), pursuant to the Court's February 16, 2024 Order Requiring Scheduling Report and Certificates of Interested Parties [D.E. 5], submit their Certificate of Interested Parties and disclose the following parties that may have an interest in the outcome of the action:

    1.    Carlos Brito, the plaintiff in this action;

    2.    Beverly Virues, Esq., Armando Mejias Fernandez, Esq., and Garcia-Menocal & Perez, P.L., counsel of record for the plaintiff in this action;

    3.    Chopin LLC, one of the defendants in this action;

    4.    Alejandro M. Hernandez, who is one of the principals of Chopin, LLC, one of the defendants in this action;

    5.    Sabrina S. Hernandez, who is one of the principals of Chopin, LLC, one of the defendants in this action;

6.	The Fancy Goose Group LLC d/b/a La Fresa Francesa, one of the defendants in this action;

7.	Sandra Sanchez, who is one of the principals of The Fancy Goose Group LLC d/b/a La Fresa Francesa, one of the defendants in this action;

8.	Benoit Rablat, who is one of the principals of The Fancy Goose Group LLC d/b/a La Fresa Francesa, one of the defendants in this action;

9.	Alexander F. Fox and Alexander F. Fox, P.A., counsel of record for the defendants in this action; and

10.	Eduardo F. Rodiguez and Eduardo F. Rodriguez, P.A. d/b/a EFR Law Firm, counsel of record for the defendants in this action.

Respectfully submitted,

BY: /s/ ALEXANDER F. FOX
ALEXANDER F. FOX
FLORIDA BAR NO. 167886
**ALEXANDER F. FOX, P.A.**
*COUNSEL FOR DEFENDANTS*
1 ALHAMBRA PLAZA, SUITE 1225
CORAL GABLES, FLORIDA 33134
TEL: (305) 448-1033
ALEXFOX@ALEXANDERFOXLAW.COM

By:    s/ Eduardo F. Rodriguez
Eduardo F. Rodriguez
Florida Bar No. 036423
**EFR LAW FIRM**
*Counsel for Defendants*
800 S. Douglas Road, Suite 350
Coral Gables, Florida 33134
Office: (305) 340-0034
Mobile: (305) 978-9340
eddie@efrlawfirm.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated by the CM/ECF system and paper copies will be sent to those indicated as non-registered participants, on this 19th day of March 2024.

                                                    By:   /s/ Eduardo F. Rodriguez
                                                                Eduardo F. Rodriguez