**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:24-cv-20547-CMA

CARLOS BRITO,

    Plaintiff,

v.

CHOPIN, LLC, and THE FANCY
GOOSE GROUP LLC d/b/a LA
FRESA FRANCESA,

    Defendants.
_____/

**JOINT PROPOSED SCHEDULING ORDER**

| Date | Event |
|---|---|
| April 30, 2024 | Selection of a mediator and scheduling of a time, date and place for mediation (30 days from deadline to submit Joint Scheduling Report) |
| April 15, 2024 | Deadline to amend pleadings and join parties (60 days from deadline to submit Joint Scheduling Report) |
| July 19, 2024 | Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| July 19, 2024 | Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 16, 2024 | The parties shall exchange rebuttal expert witnesses and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 30, 2024 | Completion of all discovery |
| October 25, 2024 | Completion of mediation |
| November 22, 2024 | Deadline for dispositive pre-trial motions and *Daubert* motions (which include motions to strike experts) |
| December 20, 2024 | Deadline for submission of joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable (two (2) weeks before the trial date). |

| | |
|---|---|
| February 3, 2025 | Trial |

Dated: March 19, 2024

By: */s/ Beverly Virues*
BEVERLY VIRUES
Florida Bar No.: 123713
ARMANDO MEJIAS
Florida Bar No.: 1045152

**GARCIA-MENOCAL & PEREZ, P.L.**
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com
jacosta@lawgmp.com
*Counsel for Plaintiff*

*By: /s/ Alexander F. Fox*
Alexander F. Fox
Florida Bar No. 167886
Alexander F. Fox, P.A.
*Counsel For Defendants*
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
Tel: (305) 448-1033
alexfox@alexanderfoxlaw.com

By: s/ Eduardo F. Rodriguez
Eduardo F. Rodriguez
Florida Bar No. 036423
**EFR LAW FIRM**
*Counsel for Defendants*
800 S. Douglas Road, Suite 350
Coral Gables, Florida 33134
Office: (305) 340-0034
Mobile: (305) 978-9340
eddie@efrlawfirm.com