UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:24-cv-20547-CMA

CARLOS BRITO,

    Plaintiff,

v.

CHOPIN, LLC, and THE FANCY GOOSE GROUP LLC d/b/a LA FRESA FRANCESA,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, CHOPIN, LLC and THE FANCY GOOSE GROUP LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than ten (10) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this May 3, 2024.

/s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No. 123713
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553- 3464
Email: bvirues@lawgmp.com
*Counsel for Plaintiff*

By: /s/ *Alexander F. Fox*
Alexander F. Fox
Florida Bar No. 167886
ALEXANDER F. FOX, P.A.
*Counsel For Defendants*
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
Tel: (305) 448-1033
alexfox@alexanderfoxlaw.com

By: s/ Eduardo F. Rodriguez
Eduardo F. Rodriguez
Florida Bar No. 036423

        EFR LAW FIRM
        *Counsel for Defendants*
        800 S. Douglas Road, Suite 350
        Coral Gables, Florida 33134
        Office: (305) 340-0034
        Mobile: (305) 978-9340
        eddie@efrlawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 3, 2024.

        Respectfully submitted,

        **GARCIA-MENOCAL, P.L.**
        *Attorneys for Plaintiff*
        350 Sevilla Avenue, Suite 200
        Coral Gables, Fl 33134
        Telephone: (305) 553-3464
        Fax: (855) 205-6904
        Primary E-Mail: bvirues@lawgmp.com
        Secondary E-Mail: amejias@lawgmp.com; aquezada@lawgmp.com

        By: ___/s/_Beverly Virues_____
          BEVERLY VIRUES