UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:24-cv-20547-CMA

CARLOS BRITO,

    Plaintiff,

v.

CHOPIN, LLC, and THE FANCY GOOSE GROUP LLC d/b/a LA FRESA FRANCESA,

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendants, CHOPIN, LLC and THE FANCY GOOSE GROUP LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 1, 2024.

By: /s/ *Beverly Virues*
BEVERLY VIRUES
Florida Bar No. 123713
GARCIA-MENOCAL, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: (305) 553- 3464
Email: bvirues@lawgmp.com
*Counsel for Plaintiff*

By: */s/ Alexander F. Fox*
Alexander F. Fox
Florida Bar No. 167886
ALEXANDER F. FOX, P.A.
*Counsel For Defendants*
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
Tel: (305) 448-1033
alexfox@alexanderfoxlaw.com

By: */s/ Eduardo F. Rodriguez*
Eduardo F. Rodriguez
Florida Bar No. 036423

        EFR LAW FIRM
*Counsel for Defendants*
800 S. Douglas Road, Suite 350
Coral Gables, Florida 33134
Office: (305) 340-0034
Mobile: (305) 978-9340
eddie@efrlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 1, 2024.

        **GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  bvirues@lawgmp.com
Secondary  E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com

By: ___*/s/  Beverly Virues*_____
       BEVERLY VIRUES